UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY TEW,

    Plaintiff,

v.                                          Case No: 8:14-cv-2561-T-30TBM

WHETSTONE PARTNERS, LLC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #17). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees, costs and expenses.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of March, 2015.

                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record